IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:20-cr-23 |
| CHRISTOPHER WOODS, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the Government's Motion to Dismiss Information. Doc. 29. After careful consideration and for good cause shown, the Government's Motion to Dismiss is **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED that the Information filed against Defendant Christopher Woods in the Southern District of Georgia is hereby **DISMISSED,** with prejudice. The hearing scheduled for Tuesday, May 12, 2020 at 10:30 a.m. via Video Teleconference is cancelled.

**SO ORDERED**, this 6th day of May, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA